The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AMAZON.COM, INC., AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:19-cv-01320-RSM<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

Plaintiff Bernard Waithaka ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint from September 3, 2019 to October 3, 2019.

Respectfully submitted,

Dated: September 5, 2019

By: s/Michael C. Subit
Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
Hoge Building, Suite 1200
705 Second Avenue
Seattle, Washington 98104-1729
Telephone: (206) 682-6711

By: s/ Ryan D. Redekopp
Ryan D. Redekopp, WSBA No. 36853
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7673
Fax: (206) 623-7022

STIPULATION RE: EXTENSION OF TIME
(2:19-01320-RSM)

1

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7673

Fax: (206) 682-0401
msubit@frankfreed.com

Shannon Liss-Riordan*
Adelaide Pagano*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
hlichten@llrlaw.com
apagano@llrlaw.com

*Pro Hac Vice Applications Forthcoming*

Attorneys for Plaintiff

ryan.redekopp@klgates.com

Richard G. Rosenblatt*
James P. Walsh Jr.*
MORGAN LEWIS & BOCKIUS
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 916-6600
rrosenblatt@morganlewis.com
james.walsh@morganlewis.com

Jason D. Burns*
MORGAN LEWIS & BOCKIUS
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
jason.burns@morganlewis.com

*Pro Hac Vice Applications Forthcoming*

Attorneys for Defendants

STIPULATION RE: EXTENSION OF TIME
(2:19-01320-RSM)

2

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7673

# **ORDER**

Pursuant to the foregoing stipulation, Defendants' time to answer or otherwise respond to Plaintiff's Complaint shall be extended from September 3, 2019 to October 3, 2019.

SO ORDERED this 9 day of September 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME
(2:19-01320-RSM)

3

K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7673