Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNARD WAITHAKA, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMAZON.COM, INC., AMAZON LOGISTICS, INC.,

    Defendants.

Case No. 2:19-cv-01320-RSM

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

THIS MATTER comes before the Court on Defendants Amazon.com, Inc. and Amazon Logistics, Inc.'s (collectively, "Amazon") Motion to Seal Documents Filed in Support of its Opposition to Plaintiff's Motion for Class Certification ("Opposition"). The Court has reviewed Amazon's Motion and all evidence in support of, and in opposition and reply, if any, to the Motion, and the Court is fully informed.

IT IS ORDERED, this 12th day of July, 2022, THAT:

1. Amazon's Motion is **GRANTED**.

2. The Clerk shall maintain Amazon's Exhibits E and F attached to the Declaration of James P. Walsh, Jr. under seal.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL
2:19-CV-01320-RSM - 2