The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:19-cv-01320-RSM<br><br>STIPULATION AND ORDER RE: MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL CLASS CERTIFICATION BRIEFING SCHEDULE<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 19, 2022** |

Plaintiff Bernard Waithaka and Defendants Amazon.com, Inc. and Amazon Logistics, Inc., by and through their undersigned counsel, jointly stipulate and request the following briefing schedule for Defendants' motion to compel arbitration and the Parties' proposal to submit supplemental briefing regarding class certification. In support of this joint stipulation, the parties state as follows:

1. Plaintiff filed a Motion to Certify Class on May 14, 2021 (ECF No. 97), Defendants filed an Opposition on July 30, 2021 (ECF No. 102) and Plaintiff filed a reply on August 13, 2021 (ECF No. 106).

2. On June 6, 2022, the Supreme Court issued a ruling in *Southwest Airlines Co. v. Saxon*, 142 S. Ct. 1783 (2022), which interpreted the exemption under section 1 of the

STIPULATION AND ORDER RE MOTION TO
COMPEL ARBITRATION AND
SUPPLEMENTAL CLASS CERTIFICATION
BRIEFING SCHEDULE - 1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Federal Arbitration Act. Defendants intend to file a renewed motion to compel arbitration based on *Saxon*, which Plaintiff intends to oppose. Defendants believe the Court should consider this motion to compel before or concurrent with the Plaintiffs' pending Motion for Class Certification (ECF No. 97), which has been fully briefed since August 2021, because an order granting that renewed motion would moot the pending Motion to Certify.

3. On July 5, 2022, the Ninth Circuit issued its ruling in *Bowerman v. Field Asset Servs., Inc.*, No. 18-16303, -- F.4th -- 2022 WL 2433971, at *8 (9th Cir. July 5, 2022), reversing a class certification order, for which Defendants filed a Notice of Supplemental Authority on July 13, 2022 (ECF No. 130). The Parties would both like the opportunity to address *Bowerman* and any other new cases issued since the parties completed their briefing on the pending Motion for Class Certification.

4. The parties have met and conferred and agree on the following schedule for briefing Defendants' motion to compel and the simultaneous exchange of supplemental briefing on the impact of *Bowerman* (if any) and any other applicable new cases (if any) on the pending Motion for Class Certification, subject to Court approval:

   a. Motion to compel arbitration and simultaneous 10-page supplemental briefs regarding *Bowerman* and other applicable new cases: August 11, 2022;

   b. Opposition to the motion to compel arbitration and simultaneous 5-page supplemental response briefs regarding class certification: September 6, 2022; and,

   c. Reply in support of the motion to compel arbitration: September 16, 2022.

STIPULATION AND ORDER RE MOTION TO
COMPEL ARBITRATION AND
SUPPLEMENTAL CLASS CERTIFICATION
BRIEFING SCHEDULE - 2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Respectfully submitted July 19, 2022.

By: s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
Hoge Building, Suite 1200
705 Second Avenue
Seattle, Washington 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
msubit@frankfreed.com

Shannon Liss-Riordan (*pro hac vice*)
Harold Lichten (*pro hac vice*)
Adelaide Pagano (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
hlichten@llrlaw.com
apagano@llrlaw.com

Attorneys for Plaintiff

By: s/ Todd L. Nunn
Todd L. Nunn, WSBA No. 23267
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 370-7673
Fax: (206) 623-7022
todd.nunn@klgates.com

Richard G. Rosenblatt (*pro hac vice*)
James P. Walsh (*pro hac vice*)
MORGAN LEWIS & BOCKIUS
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6600
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

John S. Battenfeld (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Avenue 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-1018
Email: john.battenfeld@morganlewis.com

Sarah Zenewicz (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower 28th Floor
San Francisco, CA 94105
Telephone: (415) 442-1176
Email: sarah.zenewicz@morganlewis.com

Attorneys for Defendants

STIPULATION AND ORDER RE MOTION TO
COMPEL ARBITRATION AND
SUPPLEMENTAL CLASS CERTIFICATION
BRIEFING SCHEDULE - 3

**ORDER**

Having reviewed the parties' Stipulation and Proposed Order Regarding Motion to Compel Arbitration and Supplemental Class Certification Briefing Schedule and good cause appearing, it is hereby ordered that:

1. Defendants' motion to compel arbitration and the parties' respective 10-page supplemental briefs regarding the impact of the *Bowerman* decision on the pending Class Certification Motion will be filed no later than August 11, 2022;

2. Any opposition to the motion to compel arbitration and the parties' 5-page supplemental response briefs will be filed no later than September 6, 2022; and,

3. Any reply in support of the motion to compel must be filed no later than September 16, 2022.

DATED this 26th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL CLASS CERTIFICATION BRIEFING SCHEDULE - 4

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I certify that on July 19, 2022, I arranged for electronic filing of the STIPULATION AND [PROPOSED] ORDER RE: MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL CLASS CERTIFICATION BRIEFING SCHEDULE with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel in this matter.

s/ Todd L. Nunn
Todd L. Nunn, WSBA #23267
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  todd.nunn@klgates.com

STIPULATION AND ORDER RE MOTION TO COMPEL ARBITRATION AND SUPPLEMENTAL CLASS CERTIFICATION BRIEFING SCHEDULE - 5

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022