THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>   Defendants. | CASE NO. C19-1320-JCC<br><br>ORDER |

This matter comes before the Court on the parties' supplemental joint status report ("JSR") (Dkt. No. 165), filed in response to the Court's minute order (Dkt. No. 164). The Court indicated it will lift the stay and set a case management schedule, after considering a proposed schedule from the parties. (*See generally id.*) Having duly considered that report and the record in this matter, the Court hereby LIFTS the stay and establishes the following case management deadlines, through class certification:

1. Supplemental discovery responses – No later than June 14, 2024.[1]

2. Concurrent deadlines for Motion for Class Certification and Motion to Compel Arbitration – File no later than July 5, 2024. Opposition briefs are due August 5, 2024. Reply briefs are due August 20, 2024. Motions are to be noted for this date.

---

[1] Discovery is limited to the intervening period beginning September 25, 2019, when the stay in this matter was first entered. (*See* Dkt. No. 73.) The Court declines Defendants' request for a period and scope supplementation beyond what Plaintiff proposes.

ORDER
C19-1320-JCC
PAGE - 1

1    It is so ORDERED this 14th day of May 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE