THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>　　　　　　Defendant(s). | Consolidated Action<br>Case No. 2:19-cv-01320-JCC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO COMPEL ARBITRATION**<br><br>NOTE ON MOTION CALENDAR:<br>July 3, 2024 |

Plaintiff Bernard Waithaka ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend Plaintiff's time to submit a Motion for Class Certification and Defendants' time to submit a Motion to Compel Arbitration from July 5, 2024 to August 2, 2024. We also ask that the court extend the deadline for Opposition briefs from August 5, 2024 to September 3, 2024 and the deadline for reply briefs from August 20, 2024 to September 18, 2024. Motions are to be noted for this date. (Original deadlines set in ECF No. 166).

/ / /

/ / /

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO COMPEL ARBITRATION – PAGE 1
Case No. 2:19-cv-01320-JCC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Stipulated by and between the parties through their counsel of record:

DATED: July 3, 2024.

| **FRANK FREED SUBIT & THOMAS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Michael C. Subit*<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104-1729<br>Telephone: (206) 682-6711<br>Fax: (206) 682-0401<br>Email: msubit@frankfreed.com<br><br>Shannon Liss-Riordan (*Pro Hac Vice*)<br>Harold L. Lichten (*Pro Hac Vice*)<br>Jeremy Abay (*Pro Hac Vice Forthcoming*)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Fax: (617) 994-5801<br>Email: sliss@llrlaw.com<br>Email: hlichten@llrlaw.com<br>Email: jabay@llrlaw.com<br><br>*Attorneys for Plaintiff Waithaka* | By: *s/ Andrew DeCarlow*<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 274-6400<br>Fax: (206) 274-6401<br>Email: andrew.decarlow@morganlewis.com<br><br>Richard G. Rosenblatt (*Pro Hac Vice*)<br>James P. Walsh (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Telephone: (609) 919-6600<br>Fax: (609) 919-6701<br>Email: richard.rosenblatt@morganlewis.com<br>       james.walsh@morganlewis.com<br><br>Michael E. Kenneally (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541<br>Telephone: (202) 739-3000<br>Fax: (202) 739-3001<br>Email: michael.kenneally@morganlewis.com<br><br>John S. Battenfeld (*Pro Hac Vice*)<br>Max C. Fischer (*Pro Hac Vice*)<br>Brian D. Fahy (*Pro Hac Vice*)<br>300 S. Grand Ave., Suite 2200<br>Los Angeles, CA 90071<br>Telephone: (213) 612-2500<br>Email:  jbattenfeld@morganlewis.com<br>        max.fischer@morganlewis.com<br>        brian.fahy@morganlewis.com<br><br>*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.* |

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO COMPEL ARBITRATION – PAGE 2
Case No. 2:19-cv-01320-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

# ORDER

IT IS SO ORDERED.

DATED: July 5, 2024.

_____
HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

| **FRANK FREED SUBIT & THOMAS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Michael C. Subit* | By: *s/ Andrew DeCarlow* |
| Michael C. Subit, WSBA No. 29189 | Andrew DeCarlow, WSBA No. 54471 |
| 705 Second Avenue, Suite 1200 | 1301 Second Avenue, Suite 3000 |
| Seattle, Washington 98104-1729 | Seattle, WA 98101 |
| Telephone: (206) 682-6711 | Telephone: (206) 274-6400 |
| Fax: (206) 682-0401 | Fax: (206) 274-6401 |
| Email: msubit@frankfreed.com | Email: andrew.decarlow@morganlewis.com |
| | |
| Shannon Liss-Riordan (*Pro Hac Vice*) | Richard G. Rosenblatt (*Pro Hac Vice*) |
| Harold L. Lichten (*Pro Hac Vice*) | James P. Walsh (*Pro Hac Vice*) |
| Jeremy Abay (*Pro Hac Vice Forthcoming*) | MORGAN, LEWIS & BOCKIUS LLP |
| LICHTEN & LISS-RIORDAN, P.C. | 502 Carnegie Center |
| 729 Boylston Street, Suite 2000 | Princeton, NJ 08540-6241 |
| Boston, MA 02116 | Telephone: (609) 919-6600 |
| Telephone: (617) 994-5800 | Fax: (609) 919-6701 |
| Fax: (617) 994-5801 | Email: richard.rosenblatt@morganlewis.com |
| Email: sliss@llrlaw.com |     james.walsh@morganlewis.com |
| Email: hlichten@llrlaw.com | |
| Email: jabay@llrlaw.com | Michael E. Kenneally (*Pro Hac Vice*) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| *Attorneys for Plaintiff Waithaka* | 1111 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004-2541 |
| | Telephone: (202) 739-3000 |
| | Fax: (202) 739-3001 |
| | Email: michael.kenneally@morganlewis.com |
| | |
| | John S. Battenfeld (*Pro Hac Vice*) |
| | Max C. Fischer (*Pro Hac Vice*) |
| | Brian D. Fahy (*Pro Hac Vice*) |

STIPULATION AND [~~PROPOSED~~] ORDER RE:
EXTENSION OF TIME FOR MOTION FOR CLASS
CERTIFICATION AND MOTION TO COMPEL
ARBITRATION – PAGE 3
Case No. 2:19-cv-01320-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

300 S. Grand Ave., Suite 2200
Los Angeles, CA 90071
Telephone: (213) 612-2500
Email:  jbattenfeld@morganlewis.com
            max.fischer@morganlewis.com
            brian.fahy@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR MOTION FOR CLASS CERTIFICATION AND MOTION TO COMPEL ARBITRATION – PAGE 4
Case No. 2:19-cv-01320-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401