THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>　　　　　Defendants. | No. 2:19-cv-01320-JCC<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING COMPLETION OF MEDIATION; [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>April 21, 2025 |

**STIPULATION**

Plaintiff Bernard Waithaka and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court stay the proceedings pending the completion of private mediation.

Following the denial of Plaintiff's motion for class certification and the subsequent requests to appeal that order, the Parties conferred and have agreed to participate in private mediation before any further litigation occurs on this matter.

The Parties are in the process now of selecting a mediator and setting a date for mediation.

The Parties have met and conferred, and agree that, to promote judicial efficiency, save the Court's and the Parties' time and resources, and facilitate a potential resolution through mediation, all proceedings should be stayed pending the mediation that is to be set by the Parties.

The Parties therefore stipulate to the following:

1. All proceedings in this action are stayed pending completion of the mediation to be set by the Parties, and any pending deadlines are vacated.
2. Within 90 days of today's date, or fourteen days of the conclusion of mediation, whichever comes first, the Parties will file a joint report advising the Court on the status of the case and how they suggest the case should proceed.

Stipulated by and between the Parties through their counsel of record:

Dated: April 21, 2025   By: s/ *Shannon Liss-Riordan*

    Shannon Liss-Riordan (*pro hac vice*)
    Harold L. Lichten (*pro hac vice*)
    Jeremy Abay (*pro hac vice*)
    LICHTEN & LISS-RIORDAN, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA 02116
    (617) 994-5800
    sliss@llrlaw.com
    hlichten@llrlaw.com
    jabay@llrlaw.com

    Michael C. Subit, WSBA No. 29189
    FRANK FREED SUBIT & THOMAS LLP
    705 Second Avenue, Suite 1200
    Seattle, WA 98104
    (206) 682-6711
    msubit@frankfreed.com

    *Attorneys for Plaintiff Bernard Waithaka*

Dated: April 21, 2025   GIBSON, DUNN & CRUTCHER LLP

    By: s/ *Megan Cooney*

    Megan Cooney, *Admitted Pro Hac Vice*
    3161 Michelson Drive, Suite 1200
    Irvine, CA 92612-4412
    +1 949.451.3800
    mcooney@gibsondunn.com

    Jason C. Schwartz, *Admitted Pro Hac Vice*
    Lucas C. Townsend, *Admitted Pro Hac Vice*
    Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
    1700 M Street, N.W.
    Washington, D.C. 20036-4504
    +1 202.955.8500
    jschwartz@gibsondunn.com
    ltownsend@gibsondunn.com
    dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
+1 609.919.6600
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
+1 415.442.1790
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this __22nd__ day of _____April_____ 2025.

_____
The Honorable John C. Coughenour

*Presented by:*

Dated: April 21, 2025

By:  s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Plaintiff Bernard Waithaka*

Dated: April 21, 2025           GIBSON, DUNN & CRUTCHER LLP

By:  s/ *Megan Cooney*

JOINT STIPULATION TO STAY PROCEEDINGS
PENDING COMPLETION OF MEDIATION;
[PROPOSED] ORDER

2:19-cv-01320-JCC — Page 4

|   |   |
|---|---|
| 1 | Megan Cooney, *Admitted Pro Hac Vice* |
| 2 | 3161 Michelson Drive, Suite 1200 |
|   | Irvine, CA 92612-4412 |
| 3 | +1 949.451.3800 |
|   | mcooney@gibsondunn.com |

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.3800
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By:  *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
+1 609.919.6600
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
+1 415.442.1790
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*