THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNARD WAITHAKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON LOGISTICS, INC., <br><br> Defendants. | No. 2:19-cv-01320-JCC <br><br> **JOINT STATUS REPORT** |

JOINT STATUS REPORT
2:19-cv-01320-JCC

Plaintiff and Defendants Amazon.com, Inc. and Amazon Logistics, Inc., by and through their undersigned counsel of record, hereby submit the following joint report consistent with their joint stipulation to stay proceedings (ECF 432).

The parties attended a second day of mediation on October 22, 2025. The parties did not reach a resolution of this matter, but have agreed to participate in a third day of mediation, which is scheduled for November 13, 2025. The parties agree that the stay of the case shall continue through at least fourteen (14) days after mediation, when the parties will submit a joint status report advising the Court of the results of mediation.

Dated: November 4, 2025

By: s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Plaintiff Bernard Waithaka*

Dated: November 4, 2025

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.3800
mcooney@gibsondunn.com

|   |   |
|---|---|
| 1 | Jason C. Schwartz, *Admitted Pro Hac Vice* |
| 2 | Lucas C. Townsend, *Admitted Pro Hac Vice* |
|   | Dhananjay S. Manthripragada, *Admitted Pro Hac Vice* |
|   | 1700 M Street, N.W. |
|   | Washington, D.C. 20036-4504 |
|   | +1 202.955.8500 |
|   | jschwartz@gibsondunn.com |
|   | ltownsend@gibsondunn.com |
|   | dmanthripragada@gibsondunn.com |

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
+1 609.919.6600
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
+1 415.442.1790
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*